

Cindy and Avram Cimerring
3145 Coney Island Avenue
Brooklyn, New York 11235

February 7, 2011

**BY HAND**

The Honorable Laura Taylor Swain
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   Cimerring, et al. v. Merrill Lynch Mortgage
      Investors, Inc. et al., Index No. 10 CV 9402 (LTS)

Dear Judge Swain:

After review of your January 25, 2011 Order requesting that Plaintiff "file and serve a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction," we have decided to seek and request that you grant a voluntary withdrawal of the above referenced action in its entirety, rather than continuing to litigate the matter in its current form. We appreciate Your Honor's attention in this matter.

Respectfully submitted,

/s/ Cindy Cimerring
/s/ Avram Cimerring
Cindy and Avram Cimerring

The case is dismissed pursuant to FRCP 41(a)(2), without prejudice. The Clerk of Court is requested to close this case.

SO ORDERED.

NEW YORK, NY
Feb 9, 2011

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to Plaintiffs
Chambers of Judge Swain  2-9-11